# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| KEVIN DWAYNE SHELTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BERGLUND MANAGEMENT GROUP, INC.,<br><br>Defendant. | Case No. 7:23-cv-00806-RSB-CKM |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Kevin Dwayne Shelton, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Berglund Management Group, Inc. without prejudice.

Dated: April 15, 2024

Respectfully submitted,

 *s/ Lee A. Floyd*
Lee Adair Floyd (VSB #88459)
Sarah G. Sauble (VSB #94757)
**BREIT BINIAZAN, PC**
2100 E. Cary Street, Suite 310
Richmond, Virginia 23223
Telephone: (804) 351-9040
Facsimile: (757) 670-3939
Email: Lee@bbtrial.com
Sarah@bbtrial.com

David K. Lietz (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
5335 Wisconsin Avenue NW
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

*Attorneys for Plaintiff and*
*Proposed Class Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 15, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

 *s/ Lee A. Floyd*
Lee Adair Floyd (VSB #88459)
Sarah G. Sauble (VSB #94757)
**BREIT BINIAZAN, PC**
2100 E. Cary Street, Suite 310
Richmond, Virginia 23223
Telephone: (804) 351-9040
Facsimile: (757) 670-3939
Email: Lee@bbtrial.com
Sarah@bbtrial.com