IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KEVIN DWAYNE SHELTON, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>BERGLUND MANAGEMENT GROUP, INC.,<br><br>    Defendants. | Civil Action No.: 7:23-cv-00806 |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kevin Dwayne Shelton filed a notice of voluntary dismissal. Accordingly, it is **ORDERED** and **ADJUDGED** that this case is dismissed without prejudice, and **STRIKEN** from the docket of the court.

Entered:  April 16, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge

1